**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**ROBERT ALLEN COX**                                                                                    **PETITIONER**
**ADC # 129283**

**V.**                                    **5:06CV00149 WRW/BD**

**LARRY NORRIS, Director,
Arkansas Dept. of Correction**                                                                     **DEFENDANT**

## ORDER

The Court has received the Recommended Disposition from Magistrate Judge Beth Deere. The parties have not filed any objections. After careful review of the Recommended Disposition, as well as a *de novo* review of the record, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Accordingly, the Plaintiff's Petition for Writ of Habeas Corpus (#1) is DISMISSED with prejudice.

IT IS SO ORDERED this 18th day of July, 2007.

/s/Wm. R. Wilson, Jr.
UNITE  STATES DISTRICT JUDGE